IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Shonita M. Black, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:12cv503 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Hamilton County Public Defender Commission, et al., | : | |
| | : | |
| Defendant(s). | : | |

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on February 25, 2013 (Doc. 16), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired March 14, 2013, hereby

ADOPTS said Report and Recommendation.

Accordingly, the defendant Hamilton County Board of Commissioner's Motion to

Dismiss (Doc. 5) is **DENIED.**

IT IS SO ORDERED.



___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court