IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shonita M. Black,

    Plaintiff(s),

vs.

Hamilton County Public Defender Commission, et al.,

    Defendant(s).

Case Number: 1:12cv503

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 24, 2015 a Report and Recommendation (Doc. 108). Subsequently, the plaintiff filed objections and a motion for reconsideration of the Report and Recommendation (Doc. 111) and defendants filed a memorandum in opposition to plaintiff's objections (Doc. 112).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants's motion for summary judgement (Doc. 97) is GRANTED.

Upon review by the Court of plaintiff's motion for reconsideration of the report and recommendation (Doc. 111), the Court DENIES plaintiff's motion.

This case is TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court